**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION**

BRANDON RICARDO SMITH,

Plaintiff,

v. CASE NO. 1:25cv213-RH-ZCB

DOLLAR GENERAL CORPORATION,

Defendant.

_____________________________/

**ORDER ON THE MOTION TO DISMISS**

This case is before the court on the magistrate judge's report and recommendation, ECF No. 40, and the objections, ECF No. 41. I have reviewed de novo the issues raised by the objections.

The report and recommendation correctly concludes that the defendant's statements to the Florida Commission on Human Relations were privileged, precluding any defamation claim based on those statements. The plaintiff says he does not assert in this action a civil-rights claim of the kind within the FCHR's jurisdiction, but that does not matter. The statements the defendant made to the

FCHR were material to the FCHR proceeding and thus were privileged, precluding even an otherwise-unrelated defamation claim based on those statements.

IT IS ORDERED:

1. The report and recommendation, ECF No. 40, is accepted and adopted as the court's opinion.

2. The motion to dismiss, ECF No. 28, is granted in part and denied in part. Claims based on statements to the Florida Commission on Human Relations are dismissed with prejudice. I do *not* direct the entry of judgment under Federal Rule of Civil Procedure 54(b). Claims based on statements to prospective employers are not dismissed.

3. The motion, ECF No. 31, for leave to file a third amended complaint is denied.

4. The case is remanded to the magistrate judge for further proceedings.

SO ORDERED on August 27, 2026.

s/Robert L. Hinkle
United States District Judge